UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOGEE TELECOM INC,<br>　　　　Plaintiff,<br>　　v.<br>ROBERT JOHN DUNGAN, et al.,<br>　　　　Defendants. | Case No. 18-mc-80023-DMR<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 13 |

　　　　On November 28, 2017, Plaintiff Apogee Telecom, Inc. ("Apogee") registered a foreign judgment entered by the U.S. District Court for the Western District for Texas against Defendant Steven Woodcock, who resides in this district. [Docket No. 1]. Apogee thereafter obtained a writ of execution for the amount of the judgment and began garnishing a portion of Mr. Woodcock's wages to satisfy the judgment. On June 12, 2018, Mr. Woodcock filed a claim of exemption and relief from the wage garnishment. [Docket No. 9].

　　　　The court held a hearing on Mr. Woodcock's claim of exemption on August 9, 2018. [Docket No. 13]. At the hearing, the court ordered Mr. Woodcock to send a copy of all documents supporting his claim for exemption to the court and Apogee's counsel by August 16, 2018. Minute Order [Docket No. 13]. The court has not received a copy of these documents, nor has Apogee's counsel. [Docket No. 14].

　　　　Accordingly, the court ORDERS Mr. Woodcock to respond in writing by **August 29, 2018** and explain why his claim for exemption and relief from wage garnishment should not be denied for failure to follow the court's August 9, 2018 order to provide documentation to support his claim of exemption.

//

//

Failure to respond by August 29, 2018 may result in denial of his claim of exemption.

**IT IS SO ORDERED.**

Dated: August 22, 2018



Donna M. Ryu
United States Magistrate Judge